Approved: _____
MATTHEW WEINBERG
Assistant United States Attorney

Before:   THE HONORABLE KEVIN NATHANIEL FOX
          United States Magistrate Judge
          Southern District of New York

**21 MAG 3296**

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ELLVA SLAUGHTER,

                  Defendant.

**COMPLAINT**

Violation of
18 U.S.C. §§ 922(g)(1),
924(a)(2), and 2

COUNTY OF OFFENSE:
BRONX, WESTCHESTER

- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

      JAMA JOSEPH, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

### COUNT ONE
(Felon in Possession of a Firearm)

    1.   On or about November 6, 2020, in the Southern District of New York and elsewhere, ELLVA SLAUGHTER, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a .40 caliber semiautomatic Smith & Wesson firearm, and the firearm was in and affecting commerce.

    (Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

      The bases for my knowledge and for the foregoing charges are, in part, as follows:

    2.   I am a Detective with the NYPD and I have been personally involved in the investigation of this matter.  This affidavit is based upon my personal participation in the investigation of this matter, my conversations with other law enforcement officers, as well as my examination of reports,

records, and video.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

     3.   Based on my review of criminal history records, I have learned, among other things, that on or about June 12, 2003, ELLVA SLAUGHTER, the defendant, was convicted in the Southern District of New York of being a Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), which is a felony offense with a statutory maximum penalty of ten years of imprisonment.  On or about October 1, 2003, SLAUGHTER was sentenced principally to a term of 51 months' imprisonment.

     4.   Based on my conversations with an NYPD police officer ("Officer-1") and my review of his and other officers' body-worn camera video, I have learned, among other things, the following:

     a.   On or about November 6, 2020, at approximately 8:45p.m., in the vicinity of East 180th Street and Prospect Avenue in the Bronx, New York, Officer-1 was riding with three other NYPD officers in an unmarked police car.  Officer-1 observed a Nissan Altima (the "Vehicle") driving with a broken taillight.  Officer-1 further observed that the Vehicle had dark-tinted windows which prevented the officers from seeing inside the car even for the purpose of identifying the number of passengers.

     b.   The officers engaged the police lights of the unmarked car in order to stop the Vehicle and potentially ticket the driver for potential violations of New York traffic laws.

     c.   The Vehicle did not stop following initiation of the police lights.  Rather, the Vehicle attempted to flee from the unmarked police car.  The Vehicle violated multiple traffic laws, including driving over the speed limit, driving in the lane for opposing traffic, and running through red lights, as it drove through the streets in the Bronx, New York, entered the Bronx River Parkway, and ultimately exited the Bronx River Parkway and drove through streets of Mount Vernon, New York.

     d.   The officers were in close pursuit of the Vehicle as it drove through the Bronx, entered and exited the Bronx River Parkway, and drove through Mount Vernon.

e. Eventually, in the vicinity of Mount Vernon Avenue between South High Street and South Terrace Avenue, in Mount Vernon, New York, the Vehicle struck another car. After hitting that car, the Vehicle spun out and eventually came to a stop facing the oncoming traffic, and specifically facing the police car being driven by the officers. The officers stopped the unmarked police car in front of the Vehicle, such that the front-bumper of the police car was facing the front-bumper of the Vehicle.

f. The officers exited the police car and approached the Vehicle. The officers observed that the driver, ELLVA SLAUGHTER, was the only passenger of the Vehicle. Officer-1 approached the Vehicle from the passenger side and observed a firearm, specifically a loaded .40 caliber semiautomatic Smith & Wesson firearm (the "Firearm"), immediately below the center console on the passenger-side of the Vehicle. The Firearm was within arm's reach of SLAUGHTER, the driver of the Vehicle. A picture showing the location of the Firearm in the Vehicle is included below.



g. The doors of the Vehicle had been damaged in the collision and, therefore, the officers pulled SLAUGHTER out of the car through the driver's seat window and placed him under arrest.

5. Based on my review of NYPD and state records, I have learned that the Vehicle is registered to ELLVA SLAUGHTER.

6. Based on communications with a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives who is

familiar with the manufacturing of firearms and ammunition, I have learned that the Firearm was not manufactured in New York State.

    WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of ELLVA SLAUGHTER, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

                      s/ Jama Joseph by KNF,USMJ
                      Detective Jama Joseph
                      New York City Police Department

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 this 24th day of March 2021

_____
THE HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

4